No. 92–1812. UNITED STATES *v.* ALVAREZ-SANCHEZ. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma*

*pauperis* granted. Certiorari granted. ▉▉▉